**Order entered August 17, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00184-CR

**VICTOR LEE WILKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-41359-Y**

## ORDER

Before the Court is appellant's August 16, 2018 motion to supplement the record on appeal. The Court **GRANTS** the motion.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS**, either (1) a supplemental clerk's record containing subpoenas and subpoena applications, filed and issued on or about February 23, 2018, addressed to The City of Mesquite Human Resources Department and Sergeant Cummings of the Mesquite Police Department; or (2) written verification that the subpoenas and subpoena applications are not in the district clerk's possession.

/s/　　LANA MYERS
　　　　JUSTICE